## Commonwealth ex rel. Harrington, Appellant, *v.* Maroney.

Submitted April 12, 1966. *John Harrington, Jr.*, appellant, in propria persona; no argument was made nor brief submitted for appellee.

Order affirmed.

## Commonwealth ex rel. Henry, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Fred J. Henry*, appellant, in propria persona; *George E. James*, Assistant District Attorney, and *Robert J. Masters*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Hoke, Appellant, *v.* Maroney.

Submitted April 11, 1966. *Samuel Hoke*, appellant, in propria persona; *Lindley R. McClelland*, District Attorney, for appellee.

Order affirmed.